IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED

8:35 am, 5/22/24

**Margaret Botkins
Clerk of Court**

JACKIE LEKER and CHRIS LEKER,

    Plaintiffs,

V.

MICHAEL S. SISK, M.D., ASPEN MOUNTAIN MEDICAL CENTER, LLC, and ORTHOPAEDICS OF STEAMBOAT SPRINGS, P.C. (d/b/a STEAMBOAT ORTHOPAEDIC AND SPINE INSTITUTE),

    Defendants.

Case No. 22-cv-59-J

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

**THIS COURT**, having reviewed the *Stipulation for Dismissal with Prejudice* submitted by Plaintiffs and Defendants Michael S. Sisk, M.D. and Orthopaedics of Steamboat Springs, P.C. (d/b/a Steamboat Orthopaedic and Spine Institute), and being fully advised in the matters, **HEREBY ORDERS** that all of Plaintiffs' claims that were or could have been asserted in this action against Defendants Michael S. Sisk, M.D. and Orthopaedics of Steamboat Springs, P.C. (d/b/a Steamboat Orthopaedic and Spine Institute) are dismissed with prejudice. **IT IS FURTHER ORDERED** that each party shall bear their own fees and costs.

**DATED** this 21 day of May 2024.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE